IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,    )
                             )    CRIMINAL ACTION NO.
     v.                      )       2:17cr131-MHT
                             )          (WO)
HANNAH SILAS                 )

### OPINION AND ORDER

Previously, the magistrate judge entered an order granting the government's motion for a mental-health evaluation of defendant Hannah Silas by the Bureau of Prisons. *See* Memorandum Opinion and Order (doc. no. 256). Silas now requests that the court extend the deadline to file notice of an insanity defense until 14 days after the receipt of evaluation, in order that she may decide on the basis of that evaluation whether to assert an insanity defense. The government does not oppose this motion.

The Federal Rules of Criminal Procedure require that defense counsel provide notice of an insanity defense to the government "within the time provided for

filing a pretrial motion, or at any later time that the court sets." Fed. R. Crim. P. 12.2(a). The time for filing a pretrial motion has expired in this case.

**\*\*\*\***

Accordingly, in light of the evidence that may be revealed from defendant Hannah Silas's forthcoming mental-health evaluation as to her mental state at the time of the alleged offense, it is ORDERED that defendant Silas's motion to extend the deadline for notice of an insanity defense (doc. no. 259) is granted and that the deadline is extended until 14 days after the docket filing of the Bureau of Prisons' mental-health evaluation of her.

DONE, this the 30th day of October, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE