IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr131-MHT |
| | ) | (WO) |
| HANNAH SILAS | ) | |

ORDER

Defense counsel having orally informed the court that there is no objection, it is ORDERED that the government's motion for leave to dismiss the superseding indictment as to defendant Hannah Silas without prejudice (doc. no. 405) is granted.

DONE, this the 1st day of March, 2018.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE